UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLTON HOOKER,

    Plaintiff,

v.                                                Case No: 8:14-cv-333-T-30AEP

ERIC K. SHINSEKI and WALLACE HOPKINS,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Clerk's Default (Dkt. #7) and Motion for Default Judgment against Wallace Hopkins (Dkt. #8) and Defendant Wallace Hopkins' Response in Opposition (Dkt. #10). Plaintiff, proceeding *pro se*, has filed an affidavit of service demonstrating service of process of his Amended Complaint on the Defendant Wallace Hopkins. However, the Motions do not contain a certificate of service evidencing that he provided notice of his applications for default and default judgment to Mr. Hopkins.

The Motion for Default Judgment requests that the Clerk enter a judgment in the amount of $2.5 million dollars based solely on the allegations in the complaint, Mr. Hopkins failure to answer the Amended Complaint, and Plaintiff's verification of the Motion for Default Judgment. The Amended Complaint is based on a claim of retaliation against Plaintiff for exercising his rights under Title VII. Plaintiff sues Hopkins

individually as the "former director of the Bay Pines VA Medical Center." Since the Amended Complaint only alleges claims based on actions taken by Mr. Hopkins in his official capacity, he has sixty days from the date of service to file an answer to the Amended Complaint. *See* Fed.R.Civ.P 12(a)(3). Therefore, the Motions are premature. Additionally, prior to entry of this Order, Mr. Hopkins filed a Motion to Dismiss, thereby rendering the Motions moot. It is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Clerk's Default (Dkt. #7) and Motion for Default Judgment against Wallace Hopkins (Dkt. #8) are DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of April, 2014.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-333 motion for clerk's default.docx

2